**FILED**
DEC 0 2 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOUFIC BADIH NADDI,<br><br>    Petitioner,<br><br>vs.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondents. | Civil No. 13-2751 WQH (WVG)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

    Petitioner, Toufic Badih Naddi, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and paid the requisite filing fee.

### PETITION BARRED BY GATEKEEPER PROVISION

    The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his conviction in San Diego Superior Court CR76494 for five counts of murder. On February 11, 2003, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in case No. 03cv0286. In that petition, Petitioner challenged his conviction in San Diego Superior Court case No. SCR 76494 as well. On May 19, 2005, this Court denied the petition on the merits.[1] (*See* Order filed May 16,

---

[1] In the instant Petition, Petitioner states he was convicted on September 17, 1990. (Pet. at 1.) However, as discussed at length in this Court's Order denying Petitioner's 2003 Petition, Petitioner challenged his 1990 conviction via federal petition for habeas corpus, which was granted by this Court on April 29, 1996. (*See Nadi v. Hill*, No. 95cv0022 J (AJB) *aff'd Naddi v. Hill*, 152 F.3d 928 (9th Cir.

2005 in case No. 03cv0286 LAB (RBB) [ECF No. 43].) Petitioner appealed that determination. On March 28, 2006, the Ninth Circuit Court of Appeals denied Petitioner's request for certificate of appealability and dismissed the appeal. (*See* Order in *Naddi v. Garcia*, No. 05-56104 (9th Cir. Mar. 23, 2006) [ECF No. 53].)

Petitioner is now seeking to challenge the same conviction he challenged in his prior federal habeas petition. Unless a petitioner shows he or she has obtained an Order from the appropriate court of appeals authorizing the district court to consider a successive petition, the petition may not be filed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A). Here, there is no indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive petition.

## CONCLUSION

Because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition. Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals. For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank Ninth Circuit Application for Leave to File Second or Successive Petition.

**IT IS SO ORDERED.**

DATED: 12/2/13

William Q. Hayes
United States District Judge

---

1998). Naddi was retried and convicted in June 1999. *See* Order filed May 16, 2005 in case No. 03cv0286 LAB (RBB) [ECF No. 43].